ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE
### Hawaii

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| | A792580    H10 | 12/22/2002 |
| BRANDON B. KIRK<br>C 2/27 INF RM 27 BLDG 2085<br>SCHOFIELD BKS, HI 96857<br>*Defendant.* | DUI | |

**MANDATORY APPEARANCE REQUIRED.**

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

· Collateral in the Amount of $ _____ may be Forfeited in Lieu of Appearance.

BAIL FIXED AT $100.00 UNSECURED.

Walter A.Y.H. Chinn, Clerk
by: _____, Deputy

Date November 25, 2003

_____
United States Magistrate Judge
KEVIN S. CHANG

### RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| | | |

Name _____ Title _____
Date _____ Signature _____

DISMISSED
Date: APR 3 0 2008